IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CARROLL GARRETT                                                                                       PLAINTIFF

v.                                              No. 4:07CV00065 JLH

THE HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY                                                                            DEFENDANT

## ORDER

Having been notified by counsel for the parties that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendant be, and they are, hereby dismissed.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 27th day of December, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE