**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

CARROLL GARRETT                                                                              PLAINTIFF

v.                                       No. 4:07CV00065 JLH

THE HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY                                                                        DEFENDANT

## ORDER

The joint motion of the parties to place under seal exhibits attached to plaintiff's brief in support of motion for summary judgment is GRANTED.  Document #49.

IT IS SO ORDERED this 27th day of December, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE